IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| George Dixon, #17946-058,<br>a/k/a George Michael Dixon, | ) <br> ) <br> ) | C/A No.: 1:14-3026-TLW |
| Plaintiff, | ) <br> ) | |
| | ) | ORDER |
| vs. | ) <br> ) | |
| United States of America, | ) <br> ) | |
| Defendant. | ) <br> ) | |

Plaintiff, a federal prisoner housed at Federal Correctional Institution ("FCI") Estill, a facility of the Bureau of Prisons ("BOP"), brings this action pursuant to the Federal Torts Claim Act ("FTCA") against the United States of America for claims of negligence related to the failure to treat Plaintiff's knee injury. [ECF No. 1]. On August 14, 2014, the Court ordered Plaintiff to pay the $350 filing fee or complete the enclosed Application to Proceed Without Prepayment of Fees (Form AO 240) and Financial Certificate, to provide the service documents necessary to advance his case, and to fully complete the attached Special Interrogatory. [ECF No. 5]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not file a response. The Court sent a second order on September 15, 2014, asking Plaintiff to pay the $350 filing fee or complete the enclosed Form AO 240 and Financial Certificate, to provide the service documents necessary to advance his case, and to fully complete the court's Special Interrogatory. [ECF No. 9]. Plaintiff was again warned that failure to provide the necessary information within a specific time period

would subject the case to dismissal. *Id.* The time for response expired on October 9, 2014, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    IT IS SO ORDERED.


|  |  |
|---|---|
| | s/Terry L. Wooten |
| October 16, 2014 | Terry L. Wooten |
| Columbia, South Carolina | Chief United States District Judge |


## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.